UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 26, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>Plaintiff, )<br>   )<br>v. )<br>   )<br>BRANDON ANDERSON-LACY, )<br>   )<br>Defendant. ) | CASE NUMBER: 2:17-cr-0008-JAM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Brandon Anderson-Lacy</u>; Case <u>2:17-cr-00008-JAM</u> from custody and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of <u>$100,000.00</u>, cosigned by defendant's aunt, Vicki Jackson

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial Supervision/Conditions</u>

Issued at <u>Sacramento, CA</u> on <u>1/26/2017</u> at <u>2:25 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge