PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON ANDERSON-LACY,<br>    aka Brandon Dean Anderson Lacy,<br>    aka Brandon Dean Lacy,<br>    aka Brandon Lacy,<br><br>Defendant. | CASE NO.  2:17-CR-0008 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 7, 2017<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 7, 2017.

2.      By this stipulation, defendant now moves to continue the status conference until April 18, 2017 at 9:15 a.m., and to exclude time between March 7, 2017, and April 18, 2017 at 9:15 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes tax records, investigative reports, video and audio recordings, and other related materials, with the bates stamped discovery in excess of 3,000 pages.  All of this discovery has

1    been either produced directly to counsel and/or made available for inspection and copying.

2           b)      Counsel for defendant desires additional time to consult with his client, to review

3    the current charges, to conduct investigation and research related to the charges, to review

4    discovery for this matter, to discuss potential resolutions with his/her client, to prepare pretrial

5    motions, and to otherwise prepare for trial.

6           c)      Counsel for defendant believes that failure to grant the above-requested

7    continuance would deny him/her the reasonable time necessary for effective preparation, taking

8    into account the exercise of due diligence.

9           d)      The government does not object to the continuance.

10          e)      Based on the above-stated findings, the ends of justice served by continuing the

11   case as requested outweigh the interest of the public and the defendant in a trial within the

12   original date prescribed by the Speedy Trial Act.

13          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14   et seq., within which trial must commence, the time period of March 7, 2017 to April 18, 2017 at

15   9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

16   Code T4] because it results from a continuance granted by the Court at defendant's request on

17   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

18   best interest of the public and the defendant in a speedy trial.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 3, 2017                    PHILLIP A. TALBERT
                                         United States Attorney


                                         /s/ CHRISTOPHER S. HALES
                                         CHRISTOPHER S. HALES
                                         Assistant United States Attorney


Dated:  March 3, 2017                    /s/ MICHAEL PETRIK
                                         MICHAEL PETRIK
                                         Counsel for Defendant
                                         BRANDON ANDERSON-LACY




                          **FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of March, 2017.


                                         /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE