| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-008 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY CONDITIONS |
| | ) | OF RELEASE |
| v. | ) | |
| | ) | |
| BRANDON ANDERSON-LACY, | ) | Hon. ALLISON CLAIRE |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties stipulate, through respective counsel, that the Court should modify the conditions of release for Mr. Anderson-Lacy by adding the following condition:

The Defendant shall participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

The parties agree that this added condition shall be effective immediately.

/ / /

/ / /

/ / /

Stipulation To Modify Conditions Of Release                -1-

| | | |
|---|---|---|
| 1 | DATED: April 13, 2017 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | /s/ M.Petrik_____ |
| 5 | | MICHAEL PETRIK, Jr.<br>Assistant Federal Defender |
| 6 | DATED: April 13, 2017 | PHILLIP A. TALBERT |
| 7 | | United States Attorney |
| 8 | | /s/ M.Petrik for_____ |
| 9 | | CHRISTOPHER S. HALES<br>Assistant U.S. Attorney |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court orders the conditions of release so modified effective immediately.

DATED: April 13, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE