UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 2:17-cr-00008-JAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| BRANDON ANDERSON-LACY, | ) | |
| Defendant. | ) | |

FILED
June 6, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Brandon Anderson-Lacy</u>; Case <u>2:17-cr-00008-JAM</u> from custody and for the following reasons:

- \_ Release on Personal Recognizance

- \_ Bail Posted in the Sum of _____

- **X** Unsecured Appearance Bond in the amount of <u>$100,000.00</u> cosigned by Victoria Jackson

- \_ Appearance Bond with 10% Deposit

- \_ Appearance Bond secured by Real Property

- \_ Corporate Surety Bail Bond

- **X** (Other) <u>Pretrial Supervision/Conditions as stated on the record;</u> <u>Defendant to be released to the custody of Pretrial Services at 9:00</u> <u>AM on 6/7/2017 to attend residential treatment at Wellspace.</u>

Issued at <u>Sacramento, CA</u> on <u>6/6/2017</u> at <u>10:15</u>.

By _____
Kendall J. Newman
United States Magistrate Judge