McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2785
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0008-JAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: April 10, 2018 |
| BRANDON ANDERSON-LACY, | TIME: 9:15 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 10, 2018.

2. Government counsel Miriam Hinman was just assigned to a trial that begins on March 20, 2018.

3. By this stipulation, the parties now move to continue the sentencing date until April 24, 2018 at 9:15 a.m., and adopt the following disclosure schedule for the Pre-Sentence Reports. The Probation Department has approved this schedule.

4. The parties agree and stipulate, and request that the Court adopt the following schedule:

1

a) Judgment and Sentencing Date: April 24, 2018;

b) Reply or Statement of No Opposition: April 17, 2018;

c) Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: April 10, 2018;

d) The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: April 3, 2018;

e) Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: March 27, 2018; and

f) The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: March 13, 2018.

IT IS SO STIPULATED.

Dated: February 7, 2018
McGREGOR W. SCOTT
United States Attorney

/s/ MIRIAM R. HINMAN
MIRIAM R. HINMAN
Assistant United States Attorney

Dated: February 7, 2018
/s/ MICHAEL PETRIK, JR.
MICHAEL PETRIK, JR.
Counsel for Defendant
Brandon Anderson-Lacy

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 8th day of February, 2018

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE